# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: AFTER II MOVIE, LLC, et al. v. WIDEOPENWEST FINANCIAL, LLC

Case Number: 1:23-cv-13474

An appearance is hereby filed by the undersigned as attorney for:
Defendant WideOpenWest Financial, LLC, and Movant Randy Valentino

Attorney name (type or print): Angela B. Kennedy

Firm: Armstrong Teasdale LLP

Street address: 7700 Forsyth Blvd. Suite 1800

City/State/Zip: St. Louis, Missouri 63105

Bar ID Number: 6327142

Telephone Number: 314-621-5070

Email Address: akennedy@atllp.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | Yes | |
| Are you acting as local counsel in this case? | | No |
| Are you a member of the court's trial bar? | | No |
| If this case reaches trial, will you act as the trial attorney? | Yes | |

If this is a criminal case, check your status.
- Retained Counsel
- Appointed Counsel

If appointed counsel, are you a
- Federal Defender
- CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 09/14/2023

Attorney signature: S/ *Angela B. Kennedy*
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015